ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
TRACY A. EGLET, ESQ.
Nevada Bar No. 6419
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 9127
EGLET ADAMS
400 South 7th Street, #400
Las Vegas, Nevada 89101
Tel.:    702-450-5400
Fax:    702-450-5451
eservice@egletlaw.com
           -and-
DAVID A. CARROLL, ESQ.
Nevada Bar No. 7643
ANTHONY J. DIRAIMONDO, ESQ.
Nevada Bar No. 10875
RICE REUTHER SULLIVAN & CARROLL, LLP
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# THE DISTRICT OF NEVADA

| | |
|---|---|
| SOMERSET AT SAHARA, LLC, a Nevada limited liability company;<br><br>   Plaintiff,<br><br>vs.<br><br>COLLIERS INTERNATIONAL NORTH TEXAS, LLC, a Texas limited liability company; ROBERT M. ACUFF, an individual; THOMAS L. SUTHERLAND, an individual; COLLIERS NEVADA, LLC, a Nevada limited liability company; STEVE EVERBACH, an individual; HEALTHMEDICA, INC., a California corporation; UNIFUND, INC., a California corporation; SAN FRANCISCO MEDICAL INSTITUTE, INC., a California corporation; NATHAN SASSOVER, an individual; FLOORESCENCE, INC., a California corporation; DOE INDIVIDUALS 1 through 40; DOE EMPLOYEES 1 through 40; DOE COMMERCIAL REAL ESTATE BROKERS | Case No. 2:22-cv-00486-JCM-NJK<br><br>**STIPULATION AND ORDER<br>TO EXTEND BRIEFING SCHEDULE** |

1 through 40; and ROE CORPORATIONS 1 through 40; DOE NEGLIGENT EMPLOYERS 1 through 40; DOE NEGLIGENT EMPLOYEES 1 through 40; ROE NEGLIGENT COMMERCIAL REAL ESTATE BROKERS 1 through 40,

Defendants.

## STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE

IT IS HEREBY STIPULATED, by and between Plaintiff SOMERSET AT SAHARA, LLC, by and through its attorneys of record, EGLET ADAMS and RICE REUTHER SULLIVAN & CARROLL, LLP; and Defendants COLLIERS INTERNATIONAL NORTH TEXAS, LLC, ROBERT M. ACUFF, THOMAS L. SUTHERLAND, COLLIERS NEVADA, LLC, and STEVE EVERBACH, by through their attorneys of record, LEWIS ROCA ROTHGERBER CHRISTIE LLP and MUNSCH HARDT KOPF & HARR, P.C. that:

The due date for Plaintiff's Opposition to Defendants Colliers International North Texas, LLC, Robert M. Acuff, Thomas L. Sutherland, and Colliers Nevada, LLC's Rule 12(b)(6) Motion to Dismiss [ECF No. 9], and the due date for Plaintiff's Opposition to Defendant Steve Everbach's Motion to Dismiss Plaintiff's Complaint for Lack of Personal Jurisdiction and for Failure to State A Claim Pursuant to Federal Rule of Civil Procedure 12(b)(2) and (6) [ECF NO. 10], shall be extended from April 7, 2022 to April 28, 2022; and

Defendants' Responses to Plaintiff's Oppositions shall be extended from April 14, 2022, to May 12, 2022.

This request for an extension of time is not sought for any improper purpose or for purposes of delay and is based upon the following: Plaintiff's counsel initiated this request because counsel has been occupied preparing numerous Replies to Motions in Limine and Oppositions to Motions in Limine in a catastrophic personal injury matter currently pending in the Eighth Judicial District Court entitled *Ethan Ferree v. Sin City Tours, et al. Case No. A-18-774286-C*. Plaintiff has also been occupied preparing for an Evidentiary Hearing in another a catastrophic personal injury matter currently pending in the Eighth Judicial District Court entitled *Jeff Merlino v. Signal Butte*

*Investors, LLC, et al. Case No. A-18-769300-C*. Defendants' counsel will also be in a two (2) week trial that is scheduled to begin on April 25, 2022. This is Plaintiff's counsel and Defendants' counsel's first request to extend these deadlines, which is made in good faith and not for purposes of delay.

WHEREFORE, the parties respectfully request that the Court extend the time for Plaintiff to file its Oppositions to Defendants' Motions to Dismiss to April 28, 2022, and that the Court extend the time for Defendants' Responses to Plaintiff's Oppositions to May 12, 2022.

DATED this 7th day of April, 2022.        DATED this 7th day of April, 2022.

| **EGLET ADAMS** | **LEWIS ROCA ROTHGERBER CHRISTIE LLP** |
|---|---|
| */s/ Tracy A. Eglet, Esq.* | */s/ Greg C. Noschese, Esq.* |
| ROBERT T. EGLET, ESQ. | DANIEL F. POLSENBERG, ESQ. |
| Nevada Bar No. 3402 | Nevada Bar No. 2376 |
| TRACY A. EGLET, ESQ. | DAN R. WAITE, ESQ. |
| Nevada Bar No. 6419 | Nevada Bar No. 4078 |
| DANIELLE C. MILLER, ESQ. | 3993 Howard Hughes Parkway, Suite 600 |
| Nevada Bar No. 9127 | Las Vegas, Nevada 89169 |
| 400 South 7th Street, 4th Floor |     -and- |
| Las Vegas, Nevada 89101 | GREG C. NOSCHESE, ESQ. |
|     -and- | Texas Bar No. 797164 |
| David A. Carroll, Esq. | *(Admitted Pro Hac Vice)* |
| Nevada Bar No. 7643 | NATALIE A. SEARS, ESQ. |
| Anthony J. DiRaimondo, Esq. | Texas Bar No. 24098400 |
| Nevada Bar No. 10875 | *(Admitted Pro Hac Vice)* |
| **RICE REUTHER SULLIVAN & CARROLL, LLP** | **MUNSCH HARDT KOPF & HARR, PC** |
| 3800 Howard Hughes Parkway, Suite 1200 | 500 N. Akard Street, Suite 3800 |
| Las Vegas, Nevada 89169 | Dallas, TX 75201 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants Colliers International North Texas, LLC, Robert M. Acuff, Thomas Lee Sutherland and Case Commercial Real Estate Partners, LLC* |

**ORDER**

Based upon the Parties' Stipulation and GOOD CAUSE APPEARING THEREFOR, IT IS SO ORDERED:

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: April 8, 2022

3