Dan R. Waite, Bar No. 4078
DWaite@lewisroca.com
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: 702.949.8200
Fax: 702.949.8398

Greg C. Noschese (Texas State Bar No.: 797164)
*(Admitted Pro Hac Vice)*
Natalie A. Sears (Texas State Bar No.: 24098400)
*(Admitted Pro Hac Vice)*
**MUNSCH HARDT KOPF & HARR, PC**
500 N. Akard Street, Suite 3800
Dallas, TX 75201
Tel: (214) 855-7500
Fax: (214) 855-7584
gnoschese@munsch.com
nsears@munsch.com

*Attorneys for Colliers International North Texas, LLC, Robert M. Acuff, Thomas Lee Sutherland, Steve Everbach and Colliers Nevada, LLC*

# UNITED STATES DISTRICT COURT
# THE DISTRICT OF NEVADA

| | |
|---|---|
| SOMERSET AT SAHARA, LLC, a Nevada limited liability company; | Case No. 2:22-cv-00486-JCM-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** |
| COLLIERS INTERNATIONAL NORTH TEXAS, LLC, a Texas Limited Liability Company; ROBERT M. ACUFF, an individual, THOMAS L. SUTHERLAND, an individual; COLLIERS NEVADA, LLC, a Nevada Limited Liability Company; STEVE EVERBACH, an individual; HEALTHMEDICA, INC., a California Corporation; UNIFUND, INC., a California Corporation; SAN FRANCISCO MEDICAL INSTITUTE, INC., a California Corporation; NATHAN SASSOVER, an individual; FLOORESCENCE, INC., a California corporation; DOE INDIVIDUALS 1 through 40; DOE EMPLOYEES 1 through 40; DOE COMMERCIAL REAL ESTATE BROKERS 1 through 40; and ROE CORPORATIONS 1 through 40; DOE NEGLIGENT EMPLOYERS 1 through 40; DOE NEGLIGENT EMPLOYEES 1 through 40; ROE NEGLIGENT COMMERCIAL REAL ESTATE BROKERS 1 through 40. | |
| Defendants. | |

118162888.2

## STIPULATION

Plaintiff Somerset at Sahara, LLC ("Plaintiff"), by and through its undersigned counsel, and Defendants Colliers International North Texas, LLC, Robert M. Acuff, Thomas Lee Sutherland, Steve Everbach and Colliers Nevada, LLC (collectively "Colliers Defendants"), by and through their undersigned counsel, do hereby stipulate and agree as follows:

1. This action may be dismissed in its entirety, with prejudice, with each party bearing their own attorneys' fees and costs.

Dated this 14th of September, 2022.

EGLET ADAMS

By: */s/ Danielle C. Miller*
    Robert T. Eglet, Esq.
    Nevada Bar No. 3402
    Tracy A. Eglet, Esq.
    Nevada Bar No. 6419
    Danielle C. Miller, Esq.
    Nevada Bar No. 9127
    400 South 7th Street, #400
    Las Vegas, Nevada 89101
    Tel.: 702-450-5400
    eservice@egletlaw.com

PARKER, NELSON & ASSOCIATES, CHTD

Theodore Parker III, Esq. (NSB #4716)
2460 Professional Ct., Suite 200
Las Vegas, NV 89128
Tel: (702) 868-8000
tparker@pnalaw.net

RICE REUTHER SULLIVAN & CARROLL, LLP

David A. Carroll, Esq.
Nevada Bar No. 7643
Anthony J. DiRaimondo, Esq.
Nevada Bar No. 10875
Robert E. Opdyke, Esq.
Nevada Bar No. 12841
3800 Howard Hughes Pkwy, Ste. 1200
Las Vegas, Nevada 89169

*Attorneys for Plaintiff*

Dated this 14th of September, 2022.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Dan R. Waite*
    Dan R. Waite, Esq. (NSB # 4078)
    3993 Howard Hughes Pkwy.,Ste 600
    Las Vegas, NV 89169
    Tel: (702) 949-8200

MUNSCH HARDT KOPF & HARR, PC

Greg C. Noschese  (TBN# 797164)
*(Admitted Pro Hac Vice)*
Natalie A. Sears (TBN# 24098400)
*(Admitted Pro Hac Vice)*
500 N. Akard Street, Suite 3800
Dallas, TX 75201
Tel: (214) 855-7500
gnoschese@munsch.com
nsears@munsch.com

*Attorneys for Colliers International North Texas, LLC, Robert M. Acuff, Thomas Lee Sutherland, Steve Everbach and Colliers Nevada, LLC*

- 2 -

118162888.2

## **ORDER**

IT IS SO ORDERED. This action is dismissed in its entirety, with prejudice, with each party bearing their own attorneys' fees and costs.

_____
UNITED STATES DISTRICT JUDGE

DATED: September 16, 2022

- 3 -

118162888.2

# CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of September, 2022, I caused a true and accurate copy of the foregoing document entitled **"STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE"** to be filed with the Clerk of the Court via the CM/ECF system, which will send an electronic copy to all interested parties.

David A. Carroll, Esq.
Anthony J. DiRaimondo, Esq.
Robert E. Opdyke, Esq.
**RICE REUTHER SULLIVAN & CARROLL, LLP**
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169

Robert T. Eglet, Esq.
Tracy A. Eglet, Esq.
Danielle C. Miller, Esq.
**EGLET ADAMS**
400 South 7th Street, #400
Las Vegas, Nevada 89101

Theodore Parker III, Esq. (NSB #4716)
**PARKER, NELSON & ASSOCIATES, CHTD.**
2460 Professional Ct., Suite 200
Las Vegas, NV 89128

　　　　　　　　　　　　　　　　　/s/ Luz Horvath
　　　　　　　　　　　　　　　　An employee of Lewis Roca Rothgerber Christie LLP

- 4 -

118162888.2